UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates to:<br>All Cases | Case No. 2:26-MC-00021-JHC<br><br>**STIPULATED MOTION AND ORDER ON BRIEFING SCHEDULE AND NOTE DATE FOR CLASS PLAINTIFFS' MOTION TO COMPEL AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC TO PRODUCE DOCUMENTS AND INFORMATION**<br><br>NOTE ON MOTION CALENDAR:<br>May 8, 2026 |

STIPULATED MOTION AND
ORDER ON PLAINTIFFS' MOTION TO COMPEL
(2:26-MC-00021-JHC) – Page 1

Pursuant to LCR 7(d)(1) and 10(g), Class Plaintiffs in *In re OpenAI Copyright Litigation*, Case No. 1:25-md-03143 (S.D.N.Y.). ("Plaintiffs") and non-parties Amazon.com, Inc. and Amazon.com Services LLC ("Amazon" and together with Plaintiffs, the "Parties") stipulate as follows:

1.    On April 17, 2026, Class Plaintiffs filed a Motion to Compel Amazon To Produce Documents and Information, noted on the motion calendar for May 8, 2026 (the "April 17 Motion").

2.    Under LCR 7(d)(3), Amazon's deadline to file an opposition to the April 17 Motion is currently May 4, 2026, and Plaintiffs' deadline to file a reply in further support of their Motion is May 8, 2026.

3.    The Parties have continued to meet and confer to discuss a negotiated resolution to the April 17 Motion and have agreed to the scope of a further production by May 7, 2026 that may resolve the Motion.

4.    To provide sufficient time for the parties to continue to confer, and to avoid unnecessary briefing and conserve judicial and Party resources, the Parties have agreed to extend Amazon's deadline to respond to the April 17 Motion to May 15, 2026 and to reset the note date for May 22, 2026.

5.    Plaintiffs and Amazon therefore stipulate, agree and respectfully request that the Court enter an Order establishing the following:

    a) Amazon's deadline to file a brief in opposition to Plaintiffs' April 17 Motion shall be May 15, 2026.

    b) Plaintiffs' April 17 Motion shall be noted for consideration on May 22, 2026.

IT IS SO STIPULATED.


DATED this 4th day of May 2026.

Respectfully submitted,

*/s/ Jordan Connors*

STIPULATED MOTION AND
ORDER ON PLAINTIFFS' MOTION TO COMPEL
(2:26-MC-00021-JHC) – Page 2

Jordan Connors
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101-2683
Tel: (206) 516-3880
Fax: (206) 516-3883
Email: jconnors@susmangodfrey.com

*Attorneys for Class Plaintiffs*

/s/ Samuel Blankenship
Angela L. Dunning
Samuel Blankenship
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA
Telephone: (650) 815-4100
Email: adunning@cgsh.com
          sblankenship@cgsh.com

*Attorneys for Non-Parties Amazon.com, Inc.
and Amazon.com Services LLC*

STIPULATED MOTION AND
ORDER ON PLAINTIFFS' MOTION TO COMPEL
(2:26-MC-00021-JHC) – Page 3

**ORDER**

The Court GRANTS the Parties' stipulated motion.  For the reasons set forth above:

1.         Amazon's deadline to file a brief in opposition to Plaintiffs' April 17 Motion shall be May 15, 2026.

2.         The Court DIRECTS the Clerk to re-note Plaintiffs' April 17 Motion at Dkt. # 7 for May 22, 2026.

IT IS SO ORDERED.

DATED this 4th day of May, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
ORDER ON PLAINTIFFS' MOTION TO COMPEL
(2:26-MC-00021-JHC) – Page 4