UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: OPENAI, INC., COPYRIGHT
INFRINGEMENT LITIGATION

CASE NO. 2:26-mc-00021-JHC

ORDER

The Court, having received and reviewed Class Plaintiffs' Motion to Seal (Dkt. # 6) and all materials sought to be sealed, HEREBY FINDS, CONCLUDES, and ORDERS that compelling interests justify sealing the limited portions of the record described in Class Plaintiffs' Motion. The Motion (Dkt. # 6) is therefore GRANTED.

Dated this 11th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 1